IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY HOLLAND,

    Movant,

  v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

No. C 08-00316 CW
CR-00-40130 CW

ORDER TO SHOW CAUSE

    Movant, a federal prisoner currently incarcerated at FCI La Tuna, Texas filed this motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. The Court hereby issues the following orders:

    1.    The Clerk of the Court shall serve by certified mail a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney. The Clerk shall also serve a copy of this Order on Movant.

    2.    Respondent shall file with this Court and serve upon Movant, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

    3.    If Movant wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it upon Respondent

within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

Dated: 2/8/08

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TROY HOLLAND,

        Plaintiff,

v.

USA et al,

        Defendant.

Case Number: CV08-00316 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Troy Holland 09468-078
Federal Satellite Low - La Tuna
P.O. Box 6000
Anthony, NM 88021

U.S. Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

U.S. Attorney's Office
1301 Clay Street
Oakland, CA 94102

Attorney General
U.S. Department of Justice
Washington, DC 20530

Dated: February 8, 2008

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk