IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

TROY HOLLAND,

    Defendant.
                                    /

No. 00-40130 CW

ORDER GRANTING EXTENSION OF TIME

    On March 31, 2008, the Court received a letter from Defendant Troy Holland stating he did not receive the government's response to his 2255 motion and requesting an extension of time. Having considered Defendant's request and good cause appearing,

    IT IS HEREBY ORDERED that the Clerk shall mail to the Defendant a copy of the government's response filed on February 28, 2008. Defendant's reply will be due thirty (30) days from the date of this order.

Dated   4/10/08

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

HOLLAND,

        Defendant.

Case Number: CR00-40130 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cynthia Lewis Stier
United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

Troy Holland                      w/gov't response
09468078
Federal Satellite Low - La Tuna
P.O. Box 6000
Anthony, NM 88021

Dated: April 10, 2008

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk