# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

FILED
DEC 16 2009
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## Report on Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Troy Ellis Holland | Docket No.: | CR 00-40130-01 CW |

Name of Sentencing Judge:  The Honorable Claudia Wilken
United States District Judge

Date of Original Sentence:  October 31, 2005

Original Offense:
Count One: Counts One through Eight, Twelve through Eighteen, Twenty-Three, Twenty-Six through Twenty-Eight, Thirty-Four, Thirty-Seven through Forty Three - False Tax Returns (26 U.S.C. § 7206(2)), 3 years, $250,000 fine, a Class E felony

Original Sentence: 60 months custody, one year supervised release
Special Conditions: Special assessment $2,700; restitution $55,996; access to financial information; no new lines of credit or debt

Type of Supervision: Supervised Release        Date Supervision Commenced: February 2, 2009
Assistant U.S. Attorney: Jay Weill                      Defense Counsel: Michael R. Kiltz (Retained)

### Petitioning the Court to Take Judicial Notice

Mr. Holland was ordered to pay monthly installments of $100 toward his restitution obligation. Since his release on February 2, 2009, the offender has made ten $100 payments. Pursuant to 18 U.S.C. 3613(f), the liability to pay restitution shall terminate the later of twenty years from the entry of judgment or twenty years after the release from imprisonment, or upon the death of the individual, thus the U.S. Attorney's Office can collect restitution until the year 2029.

Assistant U.S. Attorney Douglas has been notified and there are no objections.

Respectfully submitted,                              Reviewed by:

_____                      _____
Mark Unalp                                                Amy Rizor
U.S. Probation Officer                               Supervisory U.S. Probation Officer

Date Signed: December 14, 2009

NDC-SUPV-FORM 12A 06/23/08

Troy Ellis Holland  
CR 00-40130-01 CW

Page 2

---

THE COURT ORDERS:  
☒ The Court concurs and takes judicial notice  
☐ Submit a request to modify supervision  
☐ Submit a request for warrant  
☐ Submit a request for summons  
☐ Other:

DEC 16 2009

_____  
Date

_____  
Claudia Wilken  
United States District Judge

NDC-SUPV-FORM 12A 06/23/08