BARRY J. PORTMAN
Federal Public Defender
JEROME MATTHEWS
Assistant Federal Public Defender
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant TROY HOLLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                    )<br>          Plaintiff,   )<br>                    )<br>vs.                 )<br>                    )<br>TROY HOLLAND,           )<br>                    )<br>          Defendant.  )<br>_____) | No. CR 00-40130 CW<br><br>ORDER EXONERATING BOND |

    It is ORDERED that the bond in the above-entitled case is exonerated. The Clerk of the United States District Court for the Northern District of California shall reconvey any real property and cash to the owners of record, whose names are on file with the clerk's office. All sureties are hereby relieved of their obligations.

Dated: November **2**, 2010

                                                   */s/ Claudia Wilken*
                                                 CLAUDIA WILKEN
                                                 United States District Judge